# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LIONEL SANFORD, | No. EDCV 10-733-DMG(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| J. CLARK KELSO, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: September 26, 2012

DOLLY M. GEE
United States District Judge